IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| J. KEVIN GARVEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-886-AS |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| PIPER RUDNICK LLP LONG TERM | ) | |
| DISABILITY INSURANCE PLAN; STANDARD | ) | |
| INSURANCE COMPANY, a subsidiary of | ) | |
| Stancorp Financial Group, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

    David A. Bryant
    DALEY DeBOFSKY & BRYANT
    55 West Monroe Street, Suite 2440
    Chicago, IL  60603

    Megan E. Glor
    621 S.W. Morrison, Suite 900
    Portland, OR  97205

    Michael A. Lopez
    620 North Jefferson Street
    Moscow, ID  83843

     Attorneys for Plaintiff

Katherine S. Somervell
BULLIVANT HOUSER BAILEY
888 S.W. Fifth Avenue, Suite 300
Portland, OR  97204

Michael J. Smith
Warren S. von Schleicher
SMITH von SCHLEICHER & ASSOCIATES
39 South LaSalle Street, Suite 1005
Chicago, IL  60603

   Attorneys for Defendants

JONES, Judge:

Magistrate Judge Donald C. Ashmanskas filed Findings and Recommendation (#29) on January 3, 2008, in the above entitled case.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report.  See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections.  I have, therefore, given de novo review of Magistrate Judge Ashmanskas's rulings.

I find no error.  Accordingly, I ADOPT Magistrate Judge Ashmanskas's Findings and Recommendation (#29) dated January 3, 2008, in its entirety.  Plaintiff's motion (#22) to amend his complaint is denied based on the futility of the proposed amendment.  Defendants' motion

(#19) to dismiss Standard and Plaintiff's second claim for relief under Section 1132(a)(3) and Defendants' motion (#7) to transfer this action to the Northern District of Illinois are granted.

IT IS SO ORDERED.

DATED this 12th day of February, 2008.

  /s/ Robert E. Jones
ROBERT E. JONES
U.S. District Judge

3 - ORDER